364 A.2d 953
Commonwealth v. Maurer, Appellant.

Submitted February 17, 1976.  Gordon R. Miller, for appellant;  Donald E. Lewis, Assistant District Attorney, and Paul D. Shafer, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded for a hearing pursuant to the Post Conviction Hearing Act. 19 P.S. § 1180–9, 1966, January 25, P.L. 58, § 9.

371 A.2d 233
Commonwealth v. Middleton, Appellant.

Submitted April 2, 1976. Andrea Commaker Levin, Assistant Defender, and Benjamin Lerner, Defender, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.